# UNITED STATES DISTRICT COURT

# FLORIDA DIVISION

FILED BY _____ D.C.
DEC 08 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

EMPRYSS JANYA HUNT }
}
Plaintiffs, }
} **COMPLAINT**
v. } Civil Action No.:
)
WORLD FAMOUS PUPPIES, INC. ]
Aka WORLD FAMOUS PUPPIES }
SERVICE CORP )
and American First Finance Inc. )
)
Defendants. )
_____/

# COMPLAINT

Plaintiff, EMPRYSS JANYA HUNT individually, files this Complaint by and through herself, Pro Se and allege as follows:

## INTRODUCTION

1.

Plaintiff bring this case on behalf of herself based on the purchase of a sick animal (puppy) purchased from World Famous Puppies, Inc. And American First Finance, Inc. Who Plaintiff believed acted in concert with the sale and finance of

the male, Golden Doddle, the puppy was purchased on _____08/08/2021_____ and financed by one of the Defendants,

2.

Puppy was sold by Defendant on 08/08/2021 knowing that it was ill. Puppy later died.

3.

Puppy was sick and had been ill for quite some time. Puppy was taken to be treated. Puppy did not survive treatment provided by various veterinarians.

4.

*The Puppy had an illness of: Parvo Virus and Hepatitis which was known prior to the sales process and Defendants declined to provide a Refund even though they were legally obligated to do so.*

5.

The deceased puppy also exhibited signs of vomiting, diarrhea, lost of appetite, and lethargy.

6.

*Campylobacter* infection is diagnosed when a laboratory test detects *Campylobacter* bacteria in stool, body tissue, or fluids.

7.

There have been repeated cases where the Defendants have sold sick puppies knowingly and has continually refused to provide reimbursement of veterinary billsand of the initial purchase price of the sick puppy which was in the amount of $4,279.99. This amount was financed by American First Finance, Inc.

8.

Plaintiff, providing care and concern for the sick animal provided the Puppy with multiple visits to the following hospitals for treatment. Bird Road Animal Clinic, Gilley Animal Clinic and VCA Knowles Snapper Creek Animal Hospital.

9.

Each visit was documented, and this is what the Plaintiff learned about the sick animal. Puppy tested positive for Parvo virus and had a high Alanine Aminotransferase lab, animal clinic recommended by the seller stated they could not provide the 24 hour care needed to sustain the life of the puppy and suggested Pet Hospitals in the area. They further stated that the failure on the part of the seller caused the situation but would not comment on whether they knowingly sold a sick puppy.

10.

Actual Illness and cause of Death: The puppy died of Parvo virus Hepatitis.

11.

The percentage of puppies living with this illness is rare and unlikely. The Seller new or should have known the issues faced by the puppy and not sold it to us.

12.

World Famous Puppies, Inc. is a retail pet store located at: 7870 N.W. 52nd Street., Dural, Florida 33186 with a contact number of: 786.558.9265. The company is also listed at 5501 S.W. 5th Street, Miami, Florida and has a Registered Agent and President listed as: Eric Torres with an address of 5501 S.W. 5th Street, Miami, Florida with a previous Agent listed as: Lazaro Grande.

states. The actual company is owned by: President, Eric Torres.

The finance company is America First Finance, Inc. Which is located in Texas at the following address of: P.O. Box 565848, Dallas, Texas 75356

13.

World Famous Puppies Inc. Requires that any animals displaying any type of illness must be taken to the following pet hospital for treatment: Bird Road Animal Clinic where they were unable to save the puppy's life.

14.

Defendants have orchestrated and executed a scheme to defraud Plaintiff and other consumers by selling puppies with known illnesses. The Defendants sell and market sick animals as "the finest available" puppies from "professional and hobby breeders who have years of experience in raising quality family pets," which are "USDA approved."

15.

World Famous Puppies, Inc. Has used their name to sell and promote unhealthy puppies. American First Finance, Inc.

16.

Plaintiffs placed her trust in the Defendants. Relying primarily on the Defendants' written representations that her puppy was a healthy animals--"hand-picked" from reputable, USDA-licensed breeders--Plaintiffs paid significant sums to purchase an animal that she expected to be of the highest quality. She was willing to pay a premium because she desired a healthy puppy from a humane source.

17.

The representations made to Plaintiffs by Defendants, including those described above, were false.

18.

Dogs and puppies raised in these types of facilities where our puppy was from, are frequently confined in tiny cages and deprived of adequate veterinary care, food, water, exercise or mental stimulation. On information and belief, the illnesses and congenital or hereditary conditions suffered by the puppies Defendants sold to Plaintiff were the result of substandard housing conditions, a disregard for proper canine husbandry practices, and/or irresponsible breeding practices. Indeed, the particular diseases and defects suffered by Plaintiffs' puppy - including, but not limited to, parvovirus, hip dysplasia, respiratory disease, hypoglycemia, heart conditions, and compromised immune systems - are typical of those found in dogs bred in puppy mills and other substandard breeding facilities.

## PARTIES

19.

Plaintiff, EMPRYSS JANYA HUNT, an individual, a resident of South Miami, Florida County of Dade, brings this claim on behalf of self.

20.

Defendant World Famous Puppies, Inc. also known as World famous

Puppies Services Corp, Inc. is a Florida corporation with a registered principal place of business at : 5574 S,W. 3rd Street, Miami, Florida  33134. registered with the Florida Secretary of State as a corporation with a registered agent listed as: Éric Torres.  The Plaintiff also listed Lazano Grnde as a Registered Owner but has since changed the filing status possibly to evade justice.

21.

Defendant American First Finance, Inc. Is located in Dallas, Texas with a mailing address of:

22.

World Famous Puppies, Inc. Has employees within the state4 of Florida

23.

Plaintiff does not know of any strict compliance and or training that sales members of World-Famous Puppies must have prior to allowing them to participate in the care, sales and service of the animals under their care.

24.

Plaintiff has not knowledge of anyone else that may have been involved

either the delivery of the sick puppy that was purchased by her and whom later died as a result of illness that was prior to the actual sale of her puppy.

25.

World Famous Puppies, Inc. Has been a retailer in Florida for approximately

26.

Plaintiff alleges, upon information and belief, that at all times herein, Defendants' agents, employees, representatives, executives, directors, partners, and/or subsidiaries were acting within the course and scope of such agency, employment, and representation, on behalf of Defendants

27.

World Famous Puppies, Inc. used fraudulent, deceptive and misleading representations to entire Empryss Janya Hunt into signing the purchase agreement.

28.

"These troubling issues were deliberately concealed and omitted from the plaintiff in the transaction for the Golden Doodle puppy, and the Plaintiff relief entirely on the assurance of the Defendants that the puppy was a

healthy puppy personally hand-picked by World Famous Puppies, Inc.

## 29.

## JURISDICTION AND VENUE

This court has Jurisdiction over this matter.

30.

Plaintiff is requesting $125,000 in damages as direct result of Defendants actions which also includes Punitive damages.

31.

Plaintiff believes and has some knowledge after the fact that World Famous Puppies, Inc. is known for their predatory and dishonest sales practices, and they continuously misrepresent the quality of their breeders and standard of care for their animals by using false assurances to the consumers that their animals come from top USDA breeders

# Verification Page

I hereby declare, verify and state, pursuant to the Penalties of perjury under the laws of the U.S. and by the provisions of 28 USC 1746 that all of the above and foregoing representations are true and correct to the best of my abilities, knowledge, information and belief.

12/1/21

Empryss J. Hunt

## PRAYER AND DEMAND

a. That the Plaintiff is awarded approximately $125,000 in damages,

b. That the Plaintiff is awarded all Veterinarian Bills pertaining to the care of the sick puppy

c. That Defendants be sanctioned by the court for their fraud perpetrated on the Plaintiff and others similarly situated,

d. That any other remedies that this court finds necessary in the pursuit of fairness and justice.

e. JURY TRIAL DEMAND

Respectively submitted,

_____, Date: 12/1/21

Empryss Janya Hunt, Plaintiff

14855 SW 168th TeRR.
Miami, FLA 33187
(404) 246-3600

# UNITED STATES DISTRICT COURT
# FLORIDA DIVISION

| | | |
|---|---|---|
| EMPRYSS JANYA HUNT | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **COMPLAINT** |
| v. | ) | Civil Action No.: |
| | ) | |
| WORLD FAMOUS PUPPIES, INC. | ) | _____ |
| and American First Finance Inc. | ) | |
| | ) | |
| Defendants. | ) | |
| _____/ | | |

## **COMPLAINT** Certificate of Service

A true and correct copy of this Complaint has been served on the below Defendants with adequate first-class postage affixed at:

WORLD FAMOUS PUPPIES, INC.

World Famous Puppies Services Corp

AMERICAN FIRST FINANCE, INC.

5501 S.W. 5th Street Miami, Florida 33134


Respectively submitted,

_____, Date: __12/1/21__

Empryss Janya Hunt, Plaintiff